UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tom Kacorri,

    Plaintiff,

-against-

Turkish Airlines Inc.,

    Defendant.

1:21-cv-01934 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following an Initial Pretrial Conference held with the parties on May 24, 2021, the Court hereby ORDERS, as follows:

1. The last date to amend the Complaint shall be June 30, 2021.

2. Fact discovery shall be completed by November 30, 2021.

3. Expert discovery shall be completed by March 31, 2022.

4. The above deadlines may be extended for good cause shown.

5. If the parties wish to be referred to the Mediation Program, they shall submit a request by joint letter no later than March 31, 2022.

**SO ORDERED.**

DATED:    New York, New York
             May 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge