USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tom Kacorri,

            Plaintiff,

-against-

Turkish Airlines Inc.,

            Defendant.

1:21-cv-01934 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Friday, June 10, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether either party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule. If neither party intends to file a dispositive motion, the Court will schedule a final pretrial conference.

**SO ORDERED.**

Dated:    New York, New York
            May 31, 2022

_____
STEWART D. AARON
United States Magistrate Judge