UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Tom Kacorri,

                           Plaintiff,

        -against-

Turkish Airlines Inc.,

                           Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   06/10/2022

1:21-cv-01934 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, July 12, 2022, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:   New York, New York
         June 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge