UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:____06/17/2022       │
└─────────────────────────────────┘
```

Tom Kacorri,

                                    Plaintiff,

                -against-

Turkish Airlines Inc.,

                                    Defendant.

21-cv-01934 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. All scheduled conferences are hereby cancelled.

**SO ORDERED.**

Dated:       New York, New York
             June 17, 2022

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge